**EXHIBIT 2:** INFRINGEMENT
URL: https://www.barstoolsports.com/blog/3439114/investigative-report-nyc-smoke-shops-are-openly-selling-psychedelic-mushroom-candy-bars

