```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
   HELAYNE SEIDMAN,                                              :
                                                                 :
                                       Plaintiff,                :      1:24-cv-3096-GHW
                                                                 :
                 -against-                                       :           ORDER
                                                                 :
   BARSTOOL SPORTS, INC.,                                        :
                                                                 :
                                       Defendant.                :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2024

GREGORY H. WOODS, District Judge:

The Court has reviewed the photographs attached to the complaint. Dkt. Nos. 1-1, 1-2. The Court encourages counsel to consider whether the photographs are indeed the same image—considering the differing angle from which they appear to be taken, the differing reflections shown, and the degree to which each photograph captures the other buildings in the surrounding area. Plaintiff's counsel should consider whether this case can be faithfully pursued in accordance with his obligations under Rule 11.

SO ORDERED.

Dated: April 24, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge