USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
HELAYNE SEIDMAN,  :
:
                      Plaintiff,  :     1:24-cv-3096-GHW
:
        -against-  :     ORDER
:
BARSTOOL SPORTS, INC.,  :
:
                     Defendant.  :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

    In the Court's order dated April 24, 2024, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than June 18, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's April 24, 2024 order forthwith and in any event no later than June 21, 2024.

    SO ORDERED.

Dated: June 19, 2024
New York, New York

                                                GREGORY H. WOODS
                                           United States District Judge