Case 1:24-cv-03096-GHW   Document 28   Filed 08/28/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELAYNE SEIDMAN

                Plaintiff

- against –

BARSTOOL SPORTS, INC.

                Defendant

**MEMORANDUM ENDORSED**

Case No. 1:24-cv-03096-GHW

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Helayne Seidman and counsel for defendant Barstool Sports, Inc that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

_____
James H. Freeman
SANDERS LAW GROUP
333 Earle Ovington Blvd., Ste. 402
Uniondale, New York 11553
Telephone: (516) 503-7600
jfreeman@sanderslaw.group

Dated: August 27, 2024

*Attorneys for Plaintiff*

_____
Barry Werbin
HERRICK FEINSTEIN LLP (NYC)
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1418
bwerbin@herrick.com

Dated: August 27, 2024

*Attorneys for Defendant*

**SO ORDERED:**

The parties have stipulated to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge